COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,

v.

Ben ROBERTS et al., Appellees.

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal from Pike Circuit Court; James B. Stephenson, Judge.

James Robinson, Gen. Counsel, Department of Highways, Frankfort, Edmond H. Tackett, Kenneth S. Baker, Pikeville, for appellant.

Kelsey E. Friend, Pikeville, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

Earl MURRAY and Kathryn Murray, Appellants,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal from Russell Circuit Court; Kenton J. Cooper, Judge.

Hollis E. Edmonds, Russell Springs, for appellants.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,

v.

Kelly PUGH and Frona Pugh, wife, Appellees.

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal from Pike Circuit Court; James B. Stephenson, Judge.

Jim Robinson, Gen. Counsel, Department of Highways, Frankfort, Edmond H. Tackett, Kenneth S. Baker, Pikeville, for appellant.

Harry R. Stamper, Kelsey E. Friend, Pikeville, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Reversing.*

Inez CRAIG and Munnell, Appellants,

v.

KENTUCKY BAPTIST HOSPITAL, Appellee.

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal from Common Pleas Branch, Fifth Division, Jefferson Circuit Court; Richard B. Crawford, Judge.

Harry L. Hargadon, Jr., Hargadon, Hargadon, Lenihan & Harbolt, Louisville, for appellants.

J. Donald Dinning, Louisville, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

* Opinion ordered not to be published.